AO 442 (1/09) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 MAR 18 P 3:06
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
PATRICK POULIN

)
)
)
)
)

Case No. 1:14-CR-82

## UNDER SEAL

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PATRICK POULIN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956(h).
Laundering Monetary Instruments in violation of 18 U.S.C. § 1956(a)(3)(B) and 2.

Date: 3/6/14

_____
Issuing officer's signature

City and state: Alexandria, Virginia

Nichole Y. Hall - Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 3-7-14, and the person was arrested on *(date)* 3-13-14
at *(city and state)* Miami, FL.

Date: 3-14-14

Charles Bradley
Arresting officer's signature

Charles Bradley DUSM
Printed name and title

for IRS, S/FL-Miami

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____